**Order entered November 16, 2022**



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

**No. 05-22-01110-CR**
**No. 05-22-01111-CR**

**CHARLES ANTHONY MILLER, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 219th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause Nos. 219-83973-2017 & 219-83974-2017**

**ORDER**

Before the Court are the Collin County District Clerk's November 14, 2022 requests for extension of time to file the clerk's records in these appeals. We **GRANT** the clerk's requests and **ORDER** the clerk's records filed by **December 12, 2022**.

/s/    ERIN A. NOWELL
          JUSTICE